United States District Court
Southern District of Texas

**ENTERED**
May 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAROUKOU BODE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-069 |
| | § | |
| KRISTI NOEM, | § | |
| | § | |
| Respondent. | § | |

## **ORDER**

Petitioner Faroukou Bode is currently detained by Immigration and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas. Bode is subject to a final order of removal and in this habeas action appears to challenge the dismissal of his appeal to the Board of Immigration Appeals. (Pet., Doc. 1)

A United States Magistrate Judge recommends that the Court dismiss Bode's Petition (Doc. 1) without prejudice for lack of subject matter jurisdiction. (R&R, Doc. 11) No party objected to the Report and Recommendation and the deadline for doing so expired on May 4, 2026.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 11). It is:

**ORDERED** that Petitioner Faroukou Bode's Petition (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

This is a final and appealable order.

1 / 2

The Clerk of Court is directed to close this case.

Signed on May 7, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge